IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N F O R M A T I O N** |
| v. | Case No. _____ |
| FURGIE TYREE WALKER | Violations: 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846 |

## COUNT ONE

**Conspiracy to Possess with Intent to Distribute and Distribute Controlled Substances**

The United States Attorney Charges:

From in or about July 2023 through the date of this Information, in the Districts of North Dakota, Minnesota, Arizona, and elsewhere,

FURGIE TYREE WALKER

did knowingly and intentionally combine, conspire, confederate, and agree together and with others, both known and unknown, to possess with intent to distribute and distribute mixtures and substances containing detectable amounts of methamphetamine and cocaine, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Drug Quantity

The amounts involved in this conspiracy attributable to FURGIE TYREE WALKER, as a result of his own conduct, and of the conduct of other conspirators reasonably foreseeable to him, is 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, and 500 grams or more of a mixture and substance containing a detectable amount of cocaine, Schedule II controlled

substances, in violation of Title 21, United States Code, Sections 841(b)(1)(A)(viii) and 841(b)(1)(B)(ii).

## Overt Acts

In furtherance of this conspiracy and to effect and accomplish its objects, one or more conspirators committed the following overt acts:

1. It was a part of said conspiracy that the defendant and others possessed with intent to distribute and did distribute mixtures and substances containing detectable amounts of methamphetamine and cocaine, Schedule II controlled substances, within the states of North Dakota, Minnesota, Arizona, and elsewhere;

2. It was further a part of said conspiracy that the defendant and others would and did attempt to conceal their activities;

3. It was further a part of said conspiracy that the defendant and others would and did use telecommunication facilities, including cellular telephones, to facilitate the distribution of methamphetamine and cocaine;

4. It was further a part of said conspiracy that the defendant and others would and did use United States currency in their drug transactions;

5. It was further a part of said conspiracy that the defendant and others sent and received methamphetamine and cocaine through the United States mail;

6. It was further a part of said conspiracy that one or more conspirators used peer-to-peer money transfer services, including but not limited to Cash App and Zelle, to send and receive payment for and proceeds of methamphetamine and cocaine sales;

7. It was further a part of said conspiracy that the defendant and others used encrypted messaging applications, including but not limited to Telegram, to facilitate the distribution of methamphetamine and cocaine;

8. It was further a part of said conspiracy that one or more conspirators traveled between the states of North Dakota and Minnesota to obtain, transport, and distribute methamphetamine and cocaine;

9. On or about August 30, 2024, FURGIE TYREE WALKER distributed approximately 17 grams of cocaine;

10. On or about September 6, 2024, one or more conspirators arranged for shipment through the United States mail of approximately 250 grams of cocaine from Chandler, Arizona, to Fargo, North Dakota, which FURGIE TYREE WALKER attempted to possess with intent to distribute;

11. On or about September 26, 2024, FURGIE TYREE WALKER possessed with intent to distribute approximately 700 grams of methamphetamine in Fargo, North Dakota;

In violation of Title 21, United States Code, Section 846, and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

## COUNT TWO

### Possession with Intent to Distribute a Controlled Substance

The United States Attorney Further Charges:

On or about September 26, 2024, in the District of North Dakota,

### FURGIE TYREE WALKER

did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii), and Title 18, United States Code, Section 2.

_____
JENNIFER KLEMETSRUD PUHL
Acting United States Attorney

MPK/tmg