IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **Case No: 3:25-cr-00106** |
| | ) | |
| vs. | ) | |
| | ) | **DEFENDANTS MOTION TO** |
| Furgie Tyree Walker, | ) | **CONTINUE SENTENCING** |
| | ) | |
| Defendant. | ) | |
| | ) | |

**COMES NOW**, the Defendant, Furgie Tyree Walker (Mr. Walker), by and through his counsel, Adam Justinger, and hereby moves the Court for its Order to continue the Change of Plea and Sentencing Hearing scheduled for September 4, 2025 at 1:30 p.m, in the above-entitled matter.

As grounds, Defendant states:

1. Defendant's Attorney and Defendant would like additional time to prepare for the hearings.

2. The undersigned, further, represents to the Court that this motion is made neither for purposes of undue delay nor other improper reason.

3. The Government, through Assistant United States Attorney Matthew P. Kopp, does not object to this motion.

**WHEREFORE**, Defendant, Furgie Tyree Walker, requests that the Court continue the Sentencing Hearing currently scheduled for September 4, 2025 at 1:30 p.m. Mr. Walker respectfully requests that the new date be set in November 2025 or later.

Dated this 30th day of July, 2025.

                                                                                       /s/ Adam Justinger
                                                                    Adam Justinger (ND ID #08635)
                                                                    SW&L Attorneys
                                                                    4627 44th Avenue South, Suite 108
                                                                    Fargo, North Dakota 58104
                                                                    Telephone: (701) 297-2890
                                                                    Fax: (701) 297-2896
                                                                    adam.justinger@swlattorneys.com
                                                                    ATTORNEYS FOR DEFENDANT